√# 639325  # 128 322

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2010 MAR -4 PM 3: 3

IN RE:                        *        CASE # 04-70712 S
                                       CHAPTER 13
                              *
Spengler, Tye A. & Mary A.
Debtor                        *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – several attempts to contact them. Trustee voided several <u>returned</u> disbursement checks from the United States Postal Service, "marked return to sender/unable to forward – box closed".

2. The balance of funds for the creditor in the amount of **$69.30** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "paid in full".

| <u>Check #</u> | <u>Payee</u> | <u>Amount</u> | <u>Date Issued</u> |
|---|---|---|---|
| 621596 | Capital One Bank<br>P O Box 85167<br>Richmond, Va 23285 | 69.30 | 12/31/09 |

3. Your trustee's check #639324 for a total balance due of <u>$69.30</u> payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 02/26/10

                                        _____
                                        John P. Gustafson
                                        Trustee in Bankruptcy